
## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV13-03073-JVS (AS) | Date | December 4, 2013 |
|---|---|---|---|
| Title | Herman Gonzalez v. F E Figueroa | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| N/A | | N/A |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

On May 1, 2013, Petitioner filed a Petition for Writ of Habeas Corpus (Docket Entry No. 1). On October 2, 2013, Respondent F E Figueroa filed a Motion to Dismiss ("Motion") (Docket Entry No. 17). On October 3, 2013, the Court issued an Order directing Petitioner to file his Opposition no later than November 1, 2013 (Docket Entry No.19 ). As of today, however, Petitioner has failed to file his Opposition or a request for an extension of time in which to do so.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE no later than **December 18, 2013** why this action should not be dismissed with prejudice for failure to prosecute.

**If Petitioner no longer wishes to pursue this action, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). A Notice of Dismissal form is attached for Petitioner's convenience. Petitioner is explicitly cautioned that failure to timely file an Opposition or otherwise respond to this Order may result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | AF |