**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| HERMAN GONZALEZ, | ) | NO. CV 13-3073-JLS (AS) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| F.E. FIGUEROA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 17, 2014.

JOSEPHINE L. STATON
_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE